FILED
CLERK, U.S. DISTRICT COURT

JAN 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | |
|---|---|
| Plaintiff, ) | 2:08-MJ-50 |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| Dante Anderson ) | (18 U.S.C. § 3142(i)) |
| Defendant. ) | |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion (✓) (by the Government)/( ) (by the Court sua sponte involving)

    1. (✓) serious risk defendant will flee;

      2.  ( ) serious risk defendant will

          a.  ( ) obstruct or attempt to obstruct justice;

          b.  ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonable assure:

  A.  ( ) appearance of defendant as required; and/or

  B.  (✓) safety of any person or the community;

III.

The Court has considered:

  A.  (✓) the nature and circumstances of the offense;

  B.  (✓) the weight of evidence against the defendant;

  C.  (✓) the history and characteristics of the defendant;

  D.  (✓) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

  A.  (✓) Defendant poses a risk to the safety of other persons or the community because: _Nature of alleged offense; prior criminal history; fact that defendant was on probation at the time of this alleged offense_

///

///

```
 1    B.   ( )   History and characteristics indicate a serious risk
 2               that defendant will flee because:_____
 3               _____
 4               _____
 5               _____
 6               _____
 7    C.   ( )   A serious risk exists that defendant will:
 8               1. ( ) obstruct or attempt to obstruct justice;
 9               2. ( ) threaten, injure or intimidate a witness/
10               juror; because:_____
11               _____
12               _____
13               _____
14    D.   ( )   Defendant has not rebutted by sufficient evidence to
15               the contrary the presumption provided in 18 U.S.C.
16               § 3142(e).
17        IT IS ORDERED that defendant be detained prior to trial.
18        IT IS FURTHER ORDERED that defendant be confined as far as
19   practicable in a corrections facility separate from persons awaiting
20   or serving sentences or person held pending appeal.
21        IT IS FURTHER ORDERED that defendant be afforded reasonable
22   opportunity for private consultation with his counsel.
23
24        DATED: 1/18/08
25
26                                    _____
27                                    U.S. MAGISTRATE JUDGE / DISTRICT JUDGE
28
```